UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEPHANIE HOKAMA, individually and
on behalf of her minor children A.O and C.O,

    Plaintiff,

v.                                        Case No. 3:25cv460-MCR-HTC

JUDGE THOMAS WILLIAMS, et al.,

    Defendants.

_____/

## **ORDER**

The Magistrate Judge issued a Report and Recommendation dated April 23, 2025 (ECF No. 13). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation (ECF No. 13) is adopted and incorporated by reference in this Order.

2. Counts I, II, V, and X and all claims for injunctive or declaratory judgment are DISMISSED WITHOUT PREJUDICE because the claims are barred by the *Younger* doctrine.

3. Count III and IV are DISMISSED WITHOUT PREJUDICE for failure to state a claim for which relief can be granted.

4. Count VI and VII are DISMISSED WITHOUT PREJUDICE because Plaintiff cannot file suit on behalf of her minor children.

5. All claims for monetary relief against Defendants in their official capacities are DISMISSED WITHOUT PREJUDICE as barred by the Eleventh Amendment.

6. All pending motions, including the three motions for temporary injunctive relief (ECF Nos. 3, 5, and 10) are TERMINATED.

7. The clerk shall close the file.

**DONE AND ORDERED** this 23rd day of July 2025.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**